FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL GODOY-GOMEZ,<br><br>Defendant. | No. 1:25-CR-02059-SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 34, 35** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 34) and related Motion to Expedite (ECF No. 35). Defendant was represented by Assistant Federal Defender Jennifer Barnes on the motions.

Defendant requests that the Court modify Special Condition No. 7 (ECF No. 29), which imposes home incarceration, to allow Defendant to engage in employment activities outside of the Eastern District of Washington. ECF No. 34. Neither the United States nor United States Probation/Pretrial Services object to Defendant's request. *Id.*

However, Special Condition No. 7 does not prohibit Defendant from engaging in employment activities outside of the Eastern District of Washington. ECF No. 29. While the condition requires Defendant to "seek and receive pre-approval by the United States Probation/Pretrial Services Office to leave his

ORDER - 1

residence for employment purposes," there is no prohibition on leaving the Eastern District of Washington. *Id.* Additionally, while Defendant is also subject to Standard Condition No. 1 (ECF No. 20), which requires Defendant to remain in the district, the condition grants United States Probation/Pretrial Services discretion to allow Defendant to leave the district with permission. That said, Defendant's home incarceration condition is functionally serving as a home detention condition for Defendant related to his employment, due to the discretion the Court previously granted to United States Probation/Pretrial Services to allow Defendant to leave the residence for employment. Therefore, with United States' Probation/Pretrial Services' recommendation, Defendant shall now be subject to home detention rather than home incarceration.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 35**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 34**) is **GRANTED**.

3. **Special Condition No. 7 (ECF Nos. 20, 29) is MODIFIED** in its entirety to read **as follows:**

> 7. **Home Detention:** Defendant shall be restricted to the approved residence at all times, except for: employment, including traveling outside the Eastern District of Washington for employment and including overnight stays if necessary for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; and court-ordered obligations.

Defendant may attend other essential leave activities as pre-approved by the United States Probation/Pretrial Services Office.

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 26, 2025.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER - 3